**Order entered October 17, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00583-CV

## J. WAYNE JOHNSON, GOD'S TABERNACLE OF DELIVERANCE, ET AL., Appellants

## V.

## HERRING BANK, ET AL., Appellees

### On Appeal from the 160th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-11-15858

## ORDER

Because the law on assignment of claims does not alter the rules regarding party representation in court, we **DENY** appellants J. Wayne Johnson and God's Tabernacle of Deliverance's motion for reconsideration of our September 9, 2014 order. On our own motion, we **GRANT** God's Tabernacle and Cardell Deyun Booker until October 27, 2014 to notify the Court of counsel's name, state bar number, email and mailing addresses, and telephone number. Failure to do so will result in dismissal of God's Tabernacle and Mr. Booker's appeal.

/s/ ADA BROWN
   JUSTICE